IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                       RESPONDENT

v.                                   No. 4:14-cr-40006

CHRISTIAN ARCHER                                                                      MOVANT

## ORDER

Before the Court is the Request of the Defendant (ECF No. 42) to file a Supplement to his Motion to Vacate (ECF No. 34) based on *Johnson v. United States*, ____ U.S. ____, 135 S.Ct. 2551 (2015).  The Court previously denied a request for Counsel in this matter.  ECF No. 41.  Because Movant has raised the issue of the applicability of *Johnson* to his sentencing the Court will reconsider the Order denying appointment of counsel and appoint the Federal Public Defender, Mr. Bruce D. Eddy, to represent Marcus Floyd with respect to any Motion to Vacate under 28 U.S.C. § 2255 based upon *Johnson vs. United States*. The appointment is limited to Johnson claims and will terminate upon this Court's ruling or the conclusion of the appellate process, unless otherwise ordered by the Court.

Counsel is directed to file any supplement to the pending Motion to Vacate within thirty (30) days of the date of this order.  The Government may file any reply to such supplement within thirty (30) days thereafter.

**ENTERED** this **16th day of March 2017.**

                                                    /s/ Barry A. Bryant
                                                   HON. BARRY A. BRYANT
                                                   U.S. MAGISTRATE JUDGE