IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | | RESPONDENT |
|---|---|---|
| v. | No. 4:14-cr-40006 | |
| | No. 4:16-cv-04040 | |
| CHRISTIAN ARCHER | | MOVANT |

## ORDER

**BEFORE** the Court are the Motion to File Supplement(ECF No. 44) filed herein by the Movant, and the Motion to Withdraw as Counsel (ECF No. 45) filed herein by Mr. Bruce Eddy.

**IT IS ORDERED**, the Motion to File Supplement(ECF No. 44) filed herein by the Movant is **GRANTED**. The Court will consider the issues raised in the Motion to File Supplement in its consideration of the pending Motion to Vacate. **Movant is directed not to file any additional pleading in this matter unless ordered to do so by the Court**.

**IT IS FURTHER ORDERED**, the Motion to Withdraw as Counsel (ECF No. 45) filed herein by Mr. Bruce Eddy is **GRANTED**. Mr. Eddy is relieved of any further duties or obligations in this matter.

**DATED** this **23rd day of May 2017**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE