IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    RESPONDENT

v.                                    No. 4:14-cr-40006
                                      No. 4:16-cv-04040

CHRISTIAN ARCHER                                                                 MOVANT

## ORDER

**BEFORE** the Court is the Motion to File Supplement filed herein by the Movant. ECF No. 49. Movant asks to supplement his claims based on the recent United States Supreme Court Decision in *Sessions v. Dimaya*, ___ U.S. ___. 138 S.Ct. 1204 (2018). *Dimaya* held that *Johnson v. United States*, 576 U.S. _____ 135 S.Ct. 2551, 2561–2563 (2015), was applicable to "crime of violence" as set out in the Immigration and Nationality Act (INA). Here, Movant has not been held to have violated the INA. Rather, he pled guilty to using and carrying a firearm during a drug trafficking crime. ECF No. 20. After *Johnson* was decided, this Court appointed counsel to represent Movant to determine if *Johnson* was applicable to his conviction and sentence. ECF No. 43. Said counsel determined that *Johnson* was not applicable in light of the Supreme Court's decision in *Beckles v. United States*, ___ U.S. ___, 137 S. Ct. 886 (2017). This Court agreed and allowed counsel to withdraw. ECF No. 46. *Dimaya* is not applicable to Movant's conviction and sentence as he was not sentenced under the INA.

On June 2, 2017, the undersigned entered a Report and Recommendation recommending the Court Deny the Motion pursuant to 28 U.S.C. § 2255 filed in this case. ECF No. 47. Movant objected to that recommendation. ECF No. 48. The Report and Recommendation remains pending.

**IT IS ORDERED**, the Motion to File Supplement(ECF No. 49) filed herein by the Movant is **DENIED**.

**DATED** this **15th day of June 2018.**

       /s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE